IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLGER FIALLO AND JESSICA MEYER, <br><br> Plaintiffs, <br><br> v. <br><br> RENEGADE FURNITURE GROUP, INC., <br><br> Defendant. | Civil Action No. 1:25-cv-12834 |

## NOTICE OF SETTLEMENT

Plaintiffs Holger Fiallo and Jessica Meyer hereby advise this Honorable Court that they have reached an agreement in principle with Defendant Renegade Furniture Group, Inc. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: January 13, 2026        Respectfully Submitted,

                                                                    */s/ Benjamin J. Sweet*
                                                                    Benjamin J. Sweet
                                                                    ben@nshmlaw.com
                                                                    **NYE, STIRLING, HALE, MILLER, & SWEET LLP**
                                                                    101 Pennsylvania Boulevard, Suite 2
                                                                    Pittsburgh, PA 15228

                                                                    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this January 13, 2026.

                                                                                                   */s/ Benjamin J. Sweet*
                                                                                                 Benjamin J. Sweet